```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A93-0056--MJ (JDR)
                                   "USA V MIGUEL ANGEL RODIGUEZ"
                                  DEF 1.1 RODIGUEZ, MIGUEL ANGEL

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 10/25/93
              Closed: NO
 No. of Defendants: 1
    MJ Case Number:
                 AKA:
     Location status: Fugitive
          Trial date:
          Terminated: NO
   Needs interpreter: NO
   Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: United States Attorney
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 RODIGUEZ, MIGUEL ANGEL

Document           Count     Citation and Description                          Disposition
─────────          ─────     ────────────────────────                          ───────────
   1 -   1           1       18:1028 & 1426(b) FRAUD WITH IDENTIFICATION       Pending
                             DOCUMENTS (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A93-0056--MJ (JDR)
                          "USA V MIGUEL ANGEL RODIGUEZ"

                              For all filing dates
```

  Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 10/25/93
            Closed: NO
No. of Defendants: 1


```
Document #    Filed      Docket text

     1 -  1   10/25/93   Complaint filed.

     3 -  1   01/24/96   [Re: DEF 1] PLF 1 Report re: status requesting that the WOA remain in
                         effect.

  NOTE -  1   03/05/97   Notation: all future documents will be docketed in the automated system.

     4 -  1   06/05/00   [Re: DEF 1] JDR Minute Order re govt status report re if WOA still
                         stands due w/in 30 days. cc: USA

     5 -  1   06/28/00   [Re: DEF 1] PLF 1 Status Report .

     6 -  1   01/31/02   [Re: DEF 1] JDR Minute Order re govt to file w/in 30 days a report as to
                         the status of case & advise the crt if case is resolved or if WOA should
                         still stand. cc: USA

     7 -  1   02/07/02   [Re: DEF 1] PLF 1 Status Report pursuant to crt's order of 1/31/02.

     8 -  1   06/30/04   [Re: DEF 1] JDR Minute Order re govt to file w/in 30 days a report as to
                         the status of case & advise the crt if case is resolved or if WOA should
                         still stand. cc: USA, USM

     9 -  1   07/20/04   [Re: DEF 1] PLF 1 Status Report pursuant to court's order of 6/29/04.
```